# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**FIDELITY AND DEPOSIT COMPANY OF MARYLAND**                     **PLAINTIFF**

**v.**                     **CIVIL ACTION NO.: 2:24-cv-86-KS-MTP**

**GREATER SOUTHEAST CONSTRUCTION, LLC,** *et al.*                 **DEFENDANTS**

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court following Defendants' failure to participate in a scheduled discovery conference. For the reasons which follow, Defendants will be directed to show cause why sanctions should not be imposed.

On February 12, 2025, Plaintiff requested a discovery conference with the Court and, after clearing the date and time with all parties, the telephonic discovery conference was set for today, February 14, 2025, at 10:00 a.m. *See* Docket Entry 02/12/2025. Counsel for Plaintiff appeared for the conference. *See* Minute Entry 02/14/2025. Counsel for Defendants, however, did not appear for the conference and have not otherwise contacted the Court or explained their failure to appear.

IT IS, THEREFORE, ORDERED that:

1. Defendants shall show cause, if any they can, why sanctions should not be imposed for their failure to participate in the telephonic discovery conference held this day; and

2. Defendants' written response to this Order must be filed with the Clerk of Court by not later than February 28, 2025. Should Defendants fail to respond as ordered or otherwise fail to establish good cause for their failure to appear, sanctions will be imposed.

SO ORDERED, this the 14th day of February, 2025.

                                              s/Michael T. Parker
                                              United States Magistrate Judge