**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**FIDELITY AND DEPOSIT COMPANY OF MARYLAND**                 **PLAINTIFF**

**VS.**                             **Civil Case No. 2:24-cv-00086-KS-MTP**

**GREATER SOUTHEAST CONSTRUCTION, LLC,
COLONY CONSTRUCTION, LLC, NOBLE VII, LLC,
ONE3 ELECTRIC, LLC, and JOHN W. ADCOCK**          **DEFENDANTS**

## RESPONSE TO SHOW CAUSE ORDER

Honorable Magistrate Judge Michael T. Parker:

     I, Dorsey R. Carson, Jr., respectfully submit this response to the Court's Order to Show Cause dated February 14, 2025, regarding my absence from the telephonic discovery conference scheduled for February 14, 2025.

1.     <u>Absence from Office and Reliance on iPhone Calendar</u>: I was working on a deadline from home on the morning of the scheduled telephonic conference. When I am away from my desk, I rely heavily on my iPhone calendar to keep track of appointments and commitments. Unfortunately, the calendar entry for the conference did not appear on my iPhone.

2.     <u>Firm's Backup Reminder System</u>: Our firm has a backup reminder system in place, which involves assistants contacting attorneys to remind them of important events. My assistant, Aisha McKnight, is faithful in reminding me of such events. However, Aisha was out of the office due to her father's funeral. The only topic that Aisha and I thought to discuss during her absence that day was her family and their loss. These facts (perhaps combined with my ADHD and general forgetfulness) regrettably led to the oversight in this instance.

3.     <u>Apology and Acknowledgment</u>: Upon realizing the oversight, Aisha called and told me that she was calling the court to apologize, which she promptly did. I am now in my 28th year of

law practice. This is the first time that I have ever forgotten about a conference with the court, and it made me ill. We deeply regret any inconvenience this may have caused to the Court and the parties involved.

I humbly request that the Court consider these circumstances as excusable neglect. We are taking steps to ensure that such an oversight does not occur in the future, including implementing additional checks within our reminder system. I assure you that it will not happen again.

Thank you for your understanding and consideration.

Respectfully submitted, this 20th day of February 2025.

                                                CARSON LAW GROUP, PLLC

                                                */s/ Dorsey R. Carson, Jr.*
                                                Dorsey R. Carson, Jr., MSB #10493
                                                Kathryn P. Goff, MSB #105678
                                                *Attorneys for Defendants*

Capital Towers, Suite 1336
125 South Congress Street
Jackson, Mississippi 39201
Telephone: 601-351-9831
Facsimile:  601-510-9056
Emails: dcarson@thecarsonlawgroup.com
        kgoff@thecarsonlawgroup.com

## CERTIFICATE OF SERVICE

I, Dorsey R. Carson, Jr. hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This, the 20th day of February 2025.

*/s/ Dorsey R. Carson, Jr.*
OF COUNSEL
